UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for PNC BANK, NATIONAL ASSOCIATION

Case No: 24-12613 SLM

Chapter: 13

Judge: Stacey L. Meisel

In Re:
Nancy J Macaulay dba Tight Wire, LLC

Debtor(s).

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC BANK, NATIONAL ASSOCIATION. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date:  3/29/2024                                             /s/  Denise Carlon

                                                             Denise Carlon, Esq.
                                                             **KML Law Group, P.C.**
                                                             701 Market Street, Suite 5000
                                                             Philadelphia, PA 19106
                                                             201-549-2363
                                                             FAX: (215) 627-7734
                                                             Attorney for Creditor

new 8/1/15