Certificate Number: 15317-NJ-DE-038412677

Bankruptcy Case Number: 24-12613

15317-NJ-DE-038412677

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2024, at 3:04 o'clock PM PDT, Nancy J Macaulay completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: April 24, 2024

By: /s/Anro Buscas

Name: Anro Buscas

Title: Certified Credit Counselor