JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ 07840

Re: NANCY J MACAULAY
183 ANTHONY ROAD
GLEN GARDNER, NJ 08826

Atty: JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ 07840

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
**Chapter 13 Case # 24-12613**

## RECEIPTS AS OF 01/01/2025

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/15/2024 | $850.00 | | 05/14/2024 | $850.00 | |
| 06/14/2024 | $850.00 | | 07/15/2024 | $850.00 | |
| 08/14/2024 | $850.00 | | 09/16/2024 | $850.00 | |
| 10/15/2024 | $850.00 | | 11/15/2024 | $850.00 | |
| 12/16/2024 | $850.00 | | | | |

**Total Receipts: $7,650.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $7,650.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025

(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 535.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,000.00 | 100.00% | 3,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,559.53 | 100.00% | 0.00 | 1,559.53 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,812.48 | 100.00% | 0.00 | 1,812.48 |
| 0003 | BANK OF AMERICA | UNSECURED | 15,257.89 | 100.00% | 0.00 | 15,257.89 |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 12,672.99 | 100.00% | 0.00 | 12,672.99 |
| 0005 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 19,557.64 | 100.00% | 0.00 | 19,557.64 |
| 0006 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 2,110.63 | 100.00% | 0.00 | 2,110.63 |
| 0007 | PNC BANK NA | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 10,572.22 | 100.00% | 0.00 | 10,572.22 |
| 0009 | PEGASUS EMERGENCY GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 4,716.46 | 100.00% | 0.00 | 4,716.46 |
| 0014 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 2,960.50 | 100.00% | 0.00 | 2,960.50 |

**Total Paid: $3,535.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $7,650.00 - Paid to Claims: $0.00 - Admin Costs Paid: $3,535.50 = Funds on Hand: $4,964.50

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.