**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN 38101-0520

January 23, 2025

**Re: Standing Trustee's Notice of Distribution**
**Case No: 24-12613**

On May 23, 2024 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 23, 2025

**Chapter 13 Case # 24-12613**

Atty: JOAN SIRKIS WARREN

Re: NANCY J MACAULAY
183 ANTHONY ROAD
GLEN GARDNER, NJ 08826

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/15/2024 | $850.00 | | 05/14/2024 | $850.00 | |
| 06/14/2024 | $850.00 | | 07/15/2024 | $850.00 | |
| 08/14/2024 | $850.00 | | 09/16/2024 | $850.00 | |
| 10/15/2024 | $850.00 | | 11/15/2024 | $850.00 | |
| 12/16/2024 | $850.00 | | 01/14/2025 | $850.00 | |

**Total Receipts: $8,500.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $8,500.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 535.50 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 3,000.00 | 100.00% | 3,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,559.53 | 100.00% | 0.00 | 1,559.53 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,812.48 | 100.00% | 0.00 | 1,812.48 |
| 0003 | BANK OF AMERICA | UNSECURED | 15,257.89 | 100.00% | 0.00 | 15,257.89 |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 12,672.99 | 100.00% | 0.00 | 12,672.99 |
| 0005 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 19,557.64 | 100.00% | 0.00 | 19,557.64 |
| 0006 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 2,110.63 | 100.00% | 0.00 | 2,110.63 |
| 0007 | PNC BANK NA | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 10,572.22 | 100.00% | 0.00 | 10,572.22 |
| 0009 | PEGASUS EMERGENCY GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 4,716.46 | 100.00% | 0.00 | 4,716.46 |
| 0014 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 2,960.50 | 100.00% | 0.00 | 2,960.50 |

**Total Paid: $3,535.50**
See Summary

## LIST OF PAYMENTS TO CLAIMS (Please Read Across)

## SUMMARY

| | | |
|---|---|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: January 23, 2025. | | |
| Receipts: $8,500.00 - | Paid to Claims: $0.00 - | Admin Costs Paid: $3,535.50 = Funds on Hand: $4,964.50 |
| Unpaid Balance to Claims: $71,220.34 + | Unpaid Trustee Comp: $4,545.98 = | Total Unpaid Balance: **$70,801.82 |

****NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.