JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ 07840

Re: NANCY J MACAULAY
183 ANTHONY ROAD
GLEN GARDNER, NJ 08826

Atty: JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ 07840

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 24-12613**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/15/2024 | $850.00 | | 05/14/2024 | $850.00 | |
| 06/14/2024 | $850.00 | | 07/15/2024 | $850.00 | |
| 08/14/2024 | $850.00 | | 09/16/2024 | $850.00 | |
| 10/15/2024 | $850.00 | | 11/15/2024 | $850.00 | |
| 12/16/2024 | $850.00 | | 01/14/2025 | $850.00 | |
| 02/14/2025 | $850.00 | | 03/14/2025 | $850.00 | |
| 04/14/2025 | $850.00 | | 05/14/2025 | $850.00 | |
| 06/16/2025 | $850.00 | | 07/14/2025 | $850.00 | |
| 08/14/2025 | $850.00 | | 09/15/2025 | $850.00 | |
| 10/15/2025 | $850.00 | | 11/17/2025 | $850.00 | |
| 12/15/2025 | $850.00 | | 01/14/2026 | $850.00 | |

**Total Receipts: $18,700.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $18,700.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 02/10/2025 | $108.72 | 940,400 | 02/10/2025 | $126.33 | 940,400 |
| | 03/17/2025 | $34.99 | 941,781 | 03/17/2025 | $40.69 | 941,781 |
| | 05/12/2025 | $17.49 | 944,679 | 05/12/2025 | $20.32 | 944,679 |
| | 06/16/2025 | $17.68 | 946,092 | 06/16/2025 | $20.55 | 946,092 |
| | 07/14/2025 | $17.68 | 947,542 | 07/14/2025 | $20.55 | 947,542 |
| | 08/18/2025 | $35.36 | 948,947 | 08/18/2025 | $41.10 | 948,947 |
| | 09/16/2025 | $17.69 | 950,261 | 09/16/2025 | $20.56 | 950,261 |
| | 10/20/2025 | $17.50 | 951,696 | 10/20/2025 | $20.32 | 951,696 |
| | 12/15/2025 | $17.48 | 954,578 | 12/15/2025 | $20.34 | 954,578 |
| | 01/12/2026 | $17.51 | 955,995 | 01/12/2026 | $20.33 | 955,995 |

**Chapter 13 Case # 24-12613**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 02/10/2025 | $1,063.57 | 940,429 | 03/17/2025 | $342.33 | 941,813 |
| | 05/12/2025 | $171.19 | 944,707 | 06/16/2025 | $172.99 | 946,123 |
| | 07/14/2025 | $172.99 | 947,575 | 08/18/2025 | $345.99 | 948,970 |
| | 09/16/2025 | $173.05 | 950,286 | 10/20/2025 | $171.08 | 951,723 |
| | 12/15/2025 | $171.23 | 954,606 | 01/12/2026 | $171.17 | 956,026 |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 02/10/2025 | $1,363.29 | 940,559 | 03/17/2025 | $438.81 | 941,953 |
| | 05/12/2025 | $219.44 | 944,857 | 06/16/2025 | $221.75 | 946,270 |
| | 07/14/2025 | $221.75 | 947,714 | 08/18/2025 | $443.49 | 949,095 |
| | 09/16/2025 | $221.70 | 950,426 | 10/20/2025 | $219.47 | 951,869 |
| | 12/15/2025 | $219.38 | 954,747 | 01/12/2026 | $219.41 | 956,157 |
| FIRST NATIONAL BANK OF OMAHA | | | | | | |
| | 02/10/2025 | $147.13 | 940,239 | 03/17/2025 | $47.36 | 941,590 |
| | 05/12/2025 | $23.67 | 944,476 | 06/16/2025 | $23.93 | 945,877 |
| | 07/14/2025 | $23.93 | 947,330 | 08/18/2025 | $47.86 | 948,745 |
| | 09/16/2025 | $23.94 | 950,026 | 10/20/2025 | $23.67 | 951,449 |
| | 12/15/2025 | $23.68 | 954,322 | 01/12/2026 | $23.68 | 955,756 |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 02/10/2025 | $883.38 | 940,127 | 03/17/2025 | $284.34 | 941,478 |
| | 05/12/2025 | $142.20 | 944,376 | 06/16/2025 | $143.69 | 945,778 |
| | 07/14/2025 | $143.69 | 947,234 | 08/18/2025 | $287.37 | 948,664 |
| | 09/16/2025 | $143.66 | 949,933 | 10/20/2025 | $142.21 | 951,358 |
| | 12/15/2025 | $142.16 | 954,236 | 01/12/2026 | $142.17 | 955,676 |
| LVNV FUNDING LLC | | | | | | |
| | 02/10/2025 | $328.76 | 940,710 | 03/17/2025 | $105.84 | 942,122 |
| | 05/12/2025 | $52.89 | 945,015 | 06/16/2025 | $53.48 | 946,428 |
| | 07/14/2025 | $53.48 | 947,886 | 08/18/2025 | $106.95 | 949,241 |
| | 09/16/2025 | $53.49 | 950,583 | 10/20/2025 | $52.91 | 952,038 |
| | 12/15/2025 | $52.91 | 954,902 | 01/12/2026 | $52.91 | 956,310 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
| | 02/10/2025 | $206.36 | 940,866 | 02/10/2025 | $736.96 | 940,866 |
| | 03/17/2025 | $66.44 | 942,285 | 03/17/2025 | $237.20 | 942,285 |
| | 05/12/2025 | $33.20 | 945,172 | 05/12/2025 | $118.61 | 945,172 |
| | 06/16/2025 | $33.57 | 946,607 | 06/16/2025 | $119.87 | 946,607 |
| | 07/14/2025 | $33.57 | 948,041 | 07/14/2025 | $119.87 | 948,041 |
| | 08/18/2025 | $67.13 | 949,390 | 08/18/2025 | $239.74 | 949,390 |
| | 09/16/2025 | $33.58 | 950,734 | 09/16/2025 | $119.84 | 950,734 |
| | 10/20/2025 | $33.20 | 952,199 | 10/20/2025 | $118.64 | 952,199 |
| | 12/15/2025 | $33.21 | 955,051 | 12/15/2025 | $118.60 | 955,051 |
| | 01/12/2026 | $33.21 | 956,460 | 01/12/2026 | $118.61 | 956,460 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,104.97 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,000.00 | 100.00% | 3,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,559.53 | 100.00% | 302.10 | 1,257.43 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,812.48 | 100.00% | 351.09 | 1,461.39 |
| 0003 | BANK OF AMERICA | UNSECURED | 15,257.89 | 100.00% | 2,955.59 | 12,302.30 |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 12,672.99 | 100.00% | 2,454.87 | 10,218.12 |
| 0005 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 19,557.64 | 100.00% | 3,788.49 | 15,769.15 |
| 0006 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 2,110.63 | 100.00% | 408.85 | 1,701.78 |
| 0007 | PNC BANK NA | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 10,572.22 | 100.00% | 2,047.94 | 8,524.28 |
| 0009 | PEGASUS EMERGENCY GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-12613**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | LVNV FUNDING LLC | UNSECURED | 4,716.46 | 100.00% | 913.62 | 3,802.84 |
| 0014 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 2,960.50 | 100.00% | 573.47 | 2,387.03 |

**Total Paid: $17,900.99**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $18,700.00 - Paid to Claims: $13,796.02 - Admin Costs Paid: $4,104.97 = Funds on Hand: $799.01

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.