**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   NANCY J MACAULAY

**Order Filed on June 11, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  **24-12613 SLM**

Hearing Date:  **6/10/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 11, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  NANCY J MACAULAY

Case No.:  24-12613

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/10/2026 on notice to JOAN SIRKIS WARREN,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to extend time to refinance by 6/24/2026 or the

  case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice

  to Debtor(s) or Debtor's Attorney.