**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   NANCY J MACAULAY

Order Filed on June 11, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-12613 SLM**

**Hearing Date:  6/10/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 11, 2026**

Stacey L. Meisel

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  NANCY J MACAULAY

Case No.:  24-12613

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/10/2026 on notice to JOAN SIRKIS WARREN,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to extend time to refinance by 6/24/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 24-12613-SLM

Nancy J Macaulay                                                                        Chapter 13

          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                       Page 1 of 1

Date Rcvd: Jun 11, 2026                          Form ID: pdf903                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

**Recip ID               Recipient Name and Address**
db                   +  Nancy J Macaulay, 183 Anthony Road, Glen Gardner, NJ 08826-3138

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Joan Sirkis Warren
                              on behalf of Debtor Nancy J Macaulay joan@joanlaverylaw.com

Marie-Ann Greenberg
                              magecf@magtrustee.com

Matthew K. Fissel
                              on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
                              matthew.fissel@brockandscott.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4