Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–12613–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nancy J Macaulay
dba Tight Wire, LLC
183 Anthony Road
Glen Gardner, NJ 08826

Social Security No.:
xxx–xx–8232

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 23, 2024.

On 6/22/26 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:              July 22, 2026
Time:               09:45 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 22, 2026
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 24-12613-SLM

Nancy J Macaulay                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 22, 2026                      Form ID: 185                               Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J Macaulay, 183 Anthony Road, Glen Gardner, NJ 08826-3138 |
| 520189686 | | American Express, 790408, Saint Louis, MO 63179-0408 |
| 520189695 | | PNC Bank Credit Card, PO Box 15019, Louisville, KY 40285-6177 |
| 520189693 | + | Pegasus Emergency Group, 3075 E. Imperial Hwy, STe 200, Brea, CA 92821-6753 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2026 23:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2026 23:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2026 23:20:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, ATTN: BANKRUPTCY, MIAMISBURG, OH 45342 |
| 520231597 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2026 23:24:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520189687 | + | Email/PDF: bncnotices@becket-lee.com | Jun 22 2026 23:24:39 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520189688 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 22 2026 23:19:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520262613 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 22 2026 23:19:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520189689 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 22 2026 23:24:36 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520195934 | | Email/Text: mrdiscen@discover.com | Jun 22 2026 23:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520189690 | + | Email/Text: mrdiscen@discover.com | Jun 22 2026 23:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520200115 | + | Email/Text: collecadminbankruptcy@fnni.com | Jun 22 2026 23:21:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520189691 | + | Email/Text: collecadminbankruptcy@fnni.com | Jun 22 2026 23:21:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520217498 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 22 2026 23:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520254717 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2026 23:24:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520189694 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: 185 | Total Noticed: 22 |

| | | Jun 22 2026 23:20:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
|---|---|---|---|
| 520254545 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2026 23:20:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520249691 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2026 23:20:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520189696 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 22 2026 23:24:59 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520189692 | | partner |
| 520231598 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joan Sirkis Warren | on behalf of Debtor Nancy J Macaulay joan@joanlaverylaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4