Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−12613−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nancy J Macaulay
dba Tight Wire, LLC
183 Anthony Road
Glen Gardner, NJ 08826

Social Security No.:
xxx−xx−8232

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 23, 2026.

Dated: July 24, 2026
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12613-SLM |
| Nancy J Macaulay | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2026 | Form ID: plncf13 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J Macaulay, 183 Anthony Road, Glen Gardner, NJ 08826-3138 |
| 520189686 | | American Express, 790408, Saint Louis, MO 63179-0408 |
| 520189695 | | PNC Bank Credit Card, PO Box 15019, Louisville, KY 40285-6177 |
| 520189693 | + | Pegasus Emergency Group, 3075 E. Imperial Hwy, STe 200, Brea, CA 92821-6753 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2026 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2026 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 24 2026 21:26:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, ATTN: BANKRUPTCY, MIAMISBURG, OH 45342 |
| 520231597 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 21:25:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520189687 | + | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 21:25:47 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520189688 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 24 2026 21:26:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520262613 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 24 2026 21:26:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520189689 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2026 21:25:37 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520195934 | | Email/Text: mrdiscen@discover.com | Jul 24 2026 21:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520189690 | + | Email/Text: mrdiscen@discover.com | Jul 24 2026 21:26:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520200115 | + | Email/Text: collecadminbankruptcy@fnni.com | Jul 24 2026 21:27:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520189691 | + | Email/Text: collecadminbankruptcy@fnni.com | Jul 24 2026 21:27:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520217498 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 24 2026 21:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520254717 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 21:36:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520189694 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

District/off: 0312-2                         User: admin                                    Page 2 of 2
Date Rcvd: Jul 24, 2026                      Form ID: plncf13                               Total Noticed: 22

| | | Jul 24 2026 21:26:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 520254545 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 24 2026 21:26:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520249691 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 24 2026 21:26:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520189696 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 24 2026 21:25:37 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520189692 | | partner |
| 520231598 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joan Sirkis Warren | on behalf of Debtor Nancy J Macaulay joan@joanlaverylaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4