Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 24−12613−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nancy J Macaulay
dba Tight Wire, LLC
183 Anthony Road
Glen Gardner, NJ 08826

Social Security No.:
xxx−xx−8232

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/16/26 at 10:00 AM

to consider and act upon the following:

***35*** − Certification of Default of Standing Trustee. re: Fail to Retain Realtor Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/27/2026. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

***37*** − Certification in Opposition to (related document:35 Certification of Default of Standing Trustee. re: Fail to Retain Realtor Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/27/2026. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Joan Sirkis Warren on behalf of Nancy J Macaulay. (Warren, Joan)

Dated: 10/27/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court